# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
   **Plaintiff,**

**vs.**             **3:05cr89/LAC**

**BRON TIYO ROME,**
   **Defendant.**

_____

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

   The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to counts 1, 2, 3, 4 and 6 of the six count indictment against him.  After cautioning and examining the defendant under oath concerning the subject mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudicated guilty and have sentence imposed accordingly.

**Dated:  September 23, 2005**

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**