IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:05cr89/LAC

BRON TIYO ROME
_____/

FINAL ORDER OF FORFEITURE AS
TO DEFENDANT BRON TIYO ROME

WHEREAS, on November 8, 2005, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), and 846, based upon the defendant's guilty plea to Counts 1, 2, 3, 4, and 6 of the Superceding Indictment in this action, and his consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **BRON TIYO ROME** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

1.  That all of defendant **BRON TIYO ROME**'s right, title and interest in the property described below is hereby forfeited to and vested in the United States of

FILED IN OPEN COURT THIS
12/13/05
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

America, and that said forfeiture is now final as to defendant **BRON TIYO ROME** for all purposes.

2.   That the property which is subject to forfeiture in this Order is as follows: Real property located at and commonly known as **1030 Requin Lane, Pensacola Florida,** lying and being in Escambia County, Florida, including all of its appurtenances, improvements, fixtures, attachments and easements, and being more particularly described as follows:

> **Beginning at the Southeast corner of Section 7, Township 1 South, Range 30 West, Escambia County, Florida; thence North with said Section line 3250 feet; thence West at right angles 75 feet for point of beginning; thence continue West 75 feet; thence North 129.67 feet; thence East 75 feet; thence South 129.67 feet to point of beginning. Being parcel #12 of a survey by B.B. Murphey, reg. Surveyor, dated December 19, 1957.**

3.   That upon adjudication of all third party interests, or if no third party claims are filed, pursuant to Title 21, United States Code, Section 853(n), and Rule 32.2(c), Fed. R. Crim. P., the United States shall dispose of said property in accordance with law or further Order of this Court.

IT IS SO ORDERED this 13st day of December, 2005.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE