# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **Case No.  3:05cr89/LAC**

**BRON TIYO ROME**

_____/

## FINAL ORDER OF FORFEITURE AS
## TO ALL PERSONS AND ENTITIES

WHEREAS, on December 13, 2005, the Court entered a Final Order of Forfeiture As To

Defendant **BRON TIYO ROME,** pursuant to the provisions of Title 21, United States Code, Section

853(a)(1) and (2), and 846, based upon the defendant's guilty plea to Counts One, Two, Three, Four

and Six of the Superceding Indictment in this action, and his consent to the forfeiture of all assets

used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and

Planned Disposition in the Pensacola News Journal on February 28, 2006, and March 7, 2006, and

March 14, 2006, and of the intent of the United States to dispose of the real property in accordance

with Title 21, United States Code, Section 853(n), notifying all potential third parties of their right

to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged

legal interest in the real property.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

06 MAY 31 AM 8: 45
JUNE 01

# FILED

AND WHEREAS, no claims or petitions, have been filed for the real property described in this court's Final Order of Forfeiture As To Defendant **BRON TIYO ROME**, entered on December 13, 2005, and the time for filing petitions expired on April 13, 2006, thirty (30) days after the last publication on March 14, 2006, pursuant to Title 21, United States Code, Section 853(n)(2).

AND WHEREAS, **Ebony Brantley, the record title holder of said real property**, voluntarily waived her right to contest the forfeiture and consent to the entry of this Order of Forfeiture.

Accordingly,

.       IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.       That all right, title and interest to all of the hereinafter described real property is condemned, forfeited and vested in the United States of America.

2.       That the real property which is subject to forfeiture in this Order is as follows:

Real property located at and commonly known as **1030 Requin Lane, Pensacola Florida,**

lying and being in Escambia County, Florida, including all of its appurtenances, improvements,

fixtures, attachments and easements, and being more particularly described as follows:

> **Beginning at the Southeast corner of Section 7, Township 1 South, Range 30 West, Escambia County, Florida; thence North with said Section line 3250 feet; thence West at right angles 75 feet for point of beginning; thence continue West 75 feet; thence North 129.67 feet; thence East 75 feet; thence South 129.67 feet to point of beginning. Being parcel #12 of a survey by B.B. Murphey, reg. Surveyor, dated December 19, 1957.**

SUBJECT TO all gas, oil and mineral reservations of record; all easements and rights of way of record; and the lien of all unpaid taxes and assessments.

3.       That Ebony Brantley, having waived her right to contest the forfeiture of the defendant real property, consent to the forfeiture of said real property to the United States.

4.      That no person or entity has established that they have any legal right, title or interest

in said real property forfeited to the United States of America by Order entered on December 13,

2005, and that said forfeiture is now final.

5.      That the United States Marshal shall dispose of said real property in accordance with

law.

IT IS SO ORDERED this **31** day of ___**May**___, 2006.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE