UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS  CASE NO. 3:05-CR-89-002/LAC

BRON TIYO ROME

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Bron Tiyo Rome #06220-017___ (Payee)
Address:   FCI - Marianna
           PO Box 7007
           Marianna, FL 32447

Receipt Number _B090806DFLN305CR000089_

Date of Receipt _10/2/06_

Motion: N/A

Explanation: A review of the payment records for Mr. Rome indicates an overpayment of $50.00. According to the court dockets and financial records, Mr. Rome does not owe any additional money and should be reimbursed $50.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  _s/Philip Detweiler_____
              Philip Detweiler, Financial Specialist          Date: November 13, 2006

Referred by: _____, Deputy Clerk _____

## ORDER OF COURT

It is ORDERED this 13th day of November, 2006, that the Clerk refund the identified funds to the payee.

APPROVED_____XX_____

DENIED_____                _s/L.A. Collier_____
                                        LACEY A. COLLIER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99