# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:05CR89LAC

BRON T. ROME

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on January 8, 2008
Motion/Pleadings: MOTION FOR CLARIFICATION
Filed by DEFENDANT PRO SE on 12/17/2007 Doc.# 201

RESPONSES:
United States on 01/15/2008 Doc.# 202
on Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)   *s/Mary Maloy*
Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of January, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) It is within the sole discretion of the Government whether to file a Rule 35 motion or not.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.